**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Belden Henderson,  )<br>        Plaintiff,          )<br>vs.                           )<br>Nancy A. Berryhill, Commissioner of the )<br>Social Security Administration,  )<br>        Defendant.        ) | CIV 13-1830-PHX-MHB<br><br>**ORDER** |

In light of the United States Court of Appeals for the Ninth Circuit's Order instructing this Court to "remand the case to the agency with an instruction to calculate and award benefits,"

**IT IS ORDERED** vacating the Order and Judgment entered on March 25, 2015 and March 31, 2015 respectively (Docs. 38, 39);

**IT IS FURTHER ORDERED** remanding this case to the Social Security Administration to calculate and award benefits;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly. The judgment will serve as the mandate of this Court.

DATED this 12th day of July, 2017.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge